UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

BETH GOLDBERG         :
                      :
    Plaintiff         :
                      :  No.: 14-6181
v.                    :
                      :
SIMM ASSOCIATES, INC. :
                      :
    Defendant         :

## NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of Court:

Kindly mark this case as voluntarily dismissed by Plaintiff as it has been settled.

Respectfully Submitted,
**BLITSHTEIN & WEISS, P.C.**

By: _____
Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900
Fax (215)364-8050
Attorneys for Plaintiff

Date: 1/28/2015