UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
CIVIL ACTION-LAW

BETH GOLDBERG        :
                     :
         Plaintiff   :
                     :   No.: 14-6181
     v.              :
                     :
SIMM ASSOCIATES, INC.:
                     :
         Defendant   :

## NOTICE OF VOLUNTARY DISMISSAL

To the Clerk of Court:

Kindly mark this case as voluntarily dismissed by Plaintiff as it has been settled.

Respectfully Submitted,
BLITSHTEIN & WEISS, P.C.

By: _____
Tova Weiss, Esquire
Iriana Blitshtein, Esquire
648 2nd Street Pike
Southampton, PA 18966
(215)364-4900
Fax (215)364-8050
Attorneys for Plaintiff

Date: 1/28/2015

Approved:
_____
L. Felipe Restrepo, J.